THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARCOS URBAEZ, Appellant.

Submitted July 23, 2007; decided September 6, 2007

Reported below, 14 Misc 3d 135(A).

Motion for assignment of counsel granted and Steven Banks, Esq., the Legal Aid Society, 199 Water Street, New York, NY 10038 assigned as counsel to the appellant on the appeal herein.